# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 15-3818

———————————————

Mary R. Bower

*Plaintiff - Appellant*

v.

Christian County, Missouri Court; Elaine Palmer, Chief Division Clerk; Joanna Billingsley; Roger Depee; Lou Lapaglia; Barbara Stillings

*Defendants - Appellees*

————————

Appeal from United States District Court
for the Western District of Missouri - Springfield

————————

Submitted: July 22, 2016
Filed: August 3, 2016
[Unpublished]

————————

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

————————

PER CURIAM.

In this appeal, Mary Bower challenges the district court's[1] order dismissing all but one of the defendants, and the court's adverse summary judgment decision regarding the remaining defendant. She also argues that the judge should have sua sponte recused herself.

First, we conclude that Bower's recusal argument is meritless. Second, upon de novo review, we conclude that the district court did not err in dismissing all but one of the defendants. *See Anderson-Tully Co. v. McDaniel*, 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo). Finally, upon de novo review, we conclude that summary judgment was properly granted in favor of the remaining defendant, based on qualified immunity. *See Brooks v. Roy*, 776 F.3d 957, 959 (8th Cir. 2015) (grant of summary judgment is reviewed de novo); *cf. Lenderman v. St. Louis Metro. Police Dep't Bd. of Police Comm'rs*, 725 F.3d 843, 853-54 (8th Cir. 2013) (discussing qualified immunity standard).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.